**Ron J. RODS, Petitioner,**

v.

**DEPARTMENT OF the INTERIOR,
Respondent.**

No. 2006–3424.

United States Court of Appeals,
Federal Circuit.

Oct. 31, 2006.

### ORDER

*Official Caption* [1]

Order Vacated, See 2006 WL 3358384.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Penny A. MITCHELL, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 2006–3410.

United States Court of Appeals,
Federal Circuit.

Oct. 31, 2006.

Penny A. Mitchell, pro se.

1. Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

* We note that Theim requests that this dismissal be without prejudice; however, it is not the

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.